# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GOOLD, | Case No.: 1:13-cv-00438 AWI JLT |
| Plaintiff, | ORDER AFTER INFORMAL CONFERENCE ON DISCOVERY DISPUTE |
| v. | |
| HILTON WORLDWIDE, INC., et al., | (Doc. 23) |
| Defendants. | |

At the request of counsel, on February 12, 2014, the Court held an informal conference regarding counsels' disagreement as to the relevance of some of Plaintiff's written discovery and the adequacy of Defendants' responses thereto. Counsel were able to compromise as to most of the issues and, therefore, the Court **ORDERS**:

1. Interrogatory 7 – Defendants SHALL provide a substantive response to this question;

2. Interrogatories 9, 10 - Plaintiff is authorized to file a motion to compel a substantive response to these questions. However, counsel are encouraged to consider compromise on these questions such as proceeding with Defendants producing information only related to sexual harassment claims and producing claims initially with personal identifiers redacted;

3. Interrogatory 15 – Defendants need not respond further to this request based upon the representation that they will not assert that Plaintiff's job would have been eliminated anyway had

he not been fired in May 2012.  Mr. Rumph will send a confirmatory letter to Defendants' counsel on this point;

      3.     Interrogatory 17 – Defendants SHALL provide a substantive response to this question;

      4.     Interrogatory 18 – Defendants SHALL provide a substantive response to this question;

      5.     Interrogatories 25-28 – Defendants SHALL produce a statement as to the net worth of Defendants for use at trial in the event the amount punitive damages are at issue;

      6.     Interrogatories 30-36 – Defendants need not respond further these questions.

Defendants SHALL provide the substantive responses outlined here no later than **February 26, 2014**.

IT IS SO ORDERED.

    Dated:   **February 13, 2014**            **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE