**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN GOOLD, | ) Case No.: 1:13-cv-00438 AWI JLT |
| Plaintiff, | ) |
| v. | ) ORDER GRANTING STIPULATION RE: |
| | ) DISCOVERY DEADLINE AS TO DEPONENT |
| HILTON WORLDWIDE, INC., et al., | ) MURRAY ONLY |
| Defendants. | ) (Doc. 28) |
| | ) |

Before the Court is the stipulation of counsel to allow the deposition of Bill Murray to be taken after the discovery deadline. (Doc. 28) The parties agree the deposition will be complete by April 7, 2014. Id. at 1.

Based upon the agreement of the parties, the Court **GRANTS** the stipulation. The deposition of Mr. Murray may be taken no later than April 7, 2014 and any motions related to the deposition SHALL be filed no later than April 14, 2014. **No other amendments to the scheduling order are authorized.**

IT IS SO ORDERED.

Dated:   **February 28, 2014**              **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE

1