UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GOOLD,<br><br>        Plaintiff,<br><br>   v.<br><br>HILTON WORLDWIDE, et al.,<br><br>        Defendants. | Case No.: 1:13-cv-00438 - JLT<br><br>ORDER AFTER IN CAMERA REVIEW OF DOCUMENTS PRODUCED BY APPLE ONE EMPLOYMENT AGENCY |

Plaintiff alleges Defendants fired him in retaliation for complaining about sexual harassment suffered by another employee and complaining that the other employee's firing was unlawful.

At the pretrial conference, Defendants noted their difficulty in obtaining accurate and complete pay records for Plaintiff after he left their employ. (Doc. 49 at 18)  The Court granted Defendants' request to subpoena records from subsequent employers for this purpose. Id. at 18-19.

At the hearing on the motions in limine, Plaintiff's counsel interjected an objection as to the scope of the subpoenas issued in that they sought all employment records, rather than just those which bear on Plaintiff's subsequent income.  As a result, the Court ordered the documents to be produced to the Court and agreed to conduct an in camera review.

On September 22, 2014, the Court conducted the review of the records produced by the two Bakersfield locations of Apple One Employment Services agency.  As to the 5620 California Avenue branch, the Court found no records produced which would bear on Plaintiff's income received as a

1

result of his employment by the agency. As to the records produced by the 5201 California Avenue branch, the Court found a three-page "Earnings Report" which details 36 weeks of salary earned by Plaintiff through the employment agency. These three pages will be produced.

## ORDER

Based upon the foregoing, the Court **ORDERS**:

1. No records from the 5620 California Avenue branch of Apple One Employment Services agency will be produced;

2. As to the records produced by the 5201 California Avenue branch of Apple One Employment Services agency, Defendants are entitled to the three-page "Earnings Report" which details salary earned by Plaintiff through the employment agency. No other documents will be produced.

IT IS SO ORDERED.

Dated:   **September 22, 2014**          **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE