UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GOOLD,<br><br>                  Plaintiff,<br><br>         v.<br><br>HILTON WORLDWIDE, et al.,<br><br>                  Defendants. | Case No.: 1:13-cv-00438 - JLT<br><br>ORDER AFTER IN CAMERA REVIEW OF DOCUMENTS PRODUCED BY TEJON RANCH |

Plaintiff alleges Defendants fired him in retaliation for complaining about sexual harassment suffered by another employee and complaining that the other employee's firing was unlawful.

At the pretrial conference, Defendants noted their difficulty in obtaining accurate and complete pay records for Plaintiff after he left their employ. (Doc. 49 at 18)  The Court granted Defendants' request to subpoena records from subsequent employers for this purpose.  Id. at 18-19.

At the hearing on the motions in limine, Plaintiff's counsel interjected an objection as to the scope of the subpoenas issued in that they sought all employment records, rather than just those which bear on Plaintiff's subsequent income.  As a result, the Court ordered the documents to be produced to the Court and agreed to conduct an in camera review.

On September 23, 2014, the Court conducted the review of the records produced by Tejon Ranch Company.  In these documents, the Court found a number of documents outlining the pay and benefits Plaintiff receives at this company as well as earnings reports from May 25, 2014 through

August 22, 2014.  These pages will be produced.  The remainder of the documents do not address the salary Plaintiff is paid, the amount he has been paid or the benefits he is provided by his employer.  Thus, these documents will not be produced.

**ORDER**

Based upon the foregoing, the Court **ORDERS**:

1. Defendants are entitled to receive the documents produced by Tejon Ranch Company related to the salary and benefits Plaintiff is paid and has been paid and the will be produced. No other documents will be produced.

IT IS SO ORDERED.

Dated:   **September 23, 2014**            **/s/ Jennifer L. Thurston**
                                           UNITED STATES MAGISTRATE JUDGE