1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**

9          **EASTERN DISTRICT OF CALIFORNIA**

10

11   JOHN GOOLD,                          )   Case No.: 1:13-cv-00438 - JLT
                                          )
12                    Plaintiff,          )   FURTHER SCHEDULING ORDER
                                          )
13          v.                            )
                                          )
14   HILTON WORLDWIDE, et al.,            )
                                          )
15                                        )
                     Defendants.          )
16   _____)

17          Based upon the joint report pf the counsel and their comments at the hearing, the Court

18   **ORDERS:**

19          1.      The trial is set on **August 11, 2015** at 8:30 a.m.;

20          2.      The pretrial conference is set on **June 18, 2015** at 10:00 a.m.  The parties SHALL file

21   their joint pretrial conference report pursuant to Local Rule 281(a)(2). The parties are further directed

22   to submit a digital copy of their pretrial statement in Word format, directly to Judge Thurston's

23   chambers, by email at JLTOrders@caed.uscourts.gov.  Counsel SHALL explore how to expedite the

24   trial in light of the evidence adduced at the prior trial.

25          Counsels' attention is directed to Rules 281 and 282 of the Local Rules of Practice for the

26   Eastern District of California, as to the obligations of counsel in preparing for the pre-trial conference.

27   The Court will insist upon strict compliance with those rules. In addition to the matters set forth in the

28   Local Rules the Joint Pretrial Statement shall include a Joint Statement of the case to be used by the

Court to explain the nature of the case to the jury during voir dire.

      3.      Any discovery by Plaintiff related to Brad Hutton's involvement in the termination decision SHALL be completed no later than **March 6, 2015**.  Any motions related to this discovery SHALL be filed no later than **March 20, 2015**.

IT IS SO ORDERED.

    Dated:   **November 26, 2014**             **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE