UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GOOLD,<br><br>            Plaintiff,<br><br>     v.<br><br>HILTON WORLDWIDE, et al.,<br><br>            Defendants. | Case No.: 1:13-cv-00438 - JLT<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE DISMISSAL DOCUMENTS |

On August 5, 2015, the Court held a settlement conference at which the parties were able to resolve the matter. (Doc. 115) The Court ordered "Dismissal documents to be filed within 21 days." Id. Despite that, no settlement documents have been filed.

Therefore, **within 14 days**, counsel **SHALL** show cause in writing why sanctions should not be imposed for their failure to comply with the Court's orders. Alternatively, counsel may file the stipulated request for dismissal within 14 days.

IT IS SO ORDERED.

Dated:   **December 16, 2015**                    **/s/ Jennifer L. Thurston**
                                                                   UNITED STATES MAGISTRATE JUDGE