# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GOOLD,<br><br>   Plaintiff,<br><br>   v.<br><br>HILTON WORLDWIDE, et al.,<br><br>   Defendants. | Case No.: 1:13-cv-00438 - JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>ORDER THAT DISMISSAL DOCUMENTS BE FILED BY JANUARY 22, 2016 |

On August 5, 2015, the Court held a settlement conference at which the parties were able to resolve the matter. (Doc. 115)  The Court ordered "Dismissal documents to be filed within 21 days." Id. Despite that, no settlement documents have been filed.

Plaintiff's counsel explains that due to a dispute over certain clauses of the settlement agreement, delay has occurred. (Doc. 117)  Counsel explains that the disputes have now been resolved and requests additional time to ensure that Plaintiff receives payment before he is required to dismiss the matter. Id.  Thus, good cause appearing, the Court **ORDERS**:

1,   The order to show cause, dated December 16, 2015 (Doc. 116) is **DISCHARGED**;

2.   No later than January 22, 2016, counsel SHALL file stipulation dismissing the action.

IT IS SO ORDERED.

Dated:   **December 30, 2015**          /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE