**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN GOOLD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HILTON WORLDWIDE, et al.,<br><br>　　　　Defendants. | Case No.: 1:13-cv-00438 - JLT<br><br>ORDER THAT DISMISSAL DOCUMENTS SHALL BE FILED NO LATER THAN FEBRUARY 22, 2016 |

On August 5, 2015, the Court held a settlement conference at which the parties were able to resolve the matter. (Doc. 115) The Court ordered "Dismissal documents to be filed within 21 days." Id. That did not occur. As a result, the Court ordered the parties to show cause why sanctions should not be imposed for the failure to file the dismissal documents as ordered.

In response, Plaintiff's counsel explained that the parties disagreed with certain portions of the settlement agreement but that they had resolved the disputes. (Doc. 117) On December 30, 2015, the Court discharged the order to show cause and ordered the parties to file the dismissal document by January 22, 2016. (Doc. 118) Rather, on January 22, 2016, Plaintiff's counsel reported that he had not yet received the payment from Defendants and requested additional time to complete the dismissal. (Doc. 119) Thus, good cause appearing, the Court **ORDERS**:

　　1.　　No later than **February 22, 2016**, counsel **SHALL** file stipulation dismissing the action.

///

**No further extensions of time will be granted absent a showing of exceptional good cause. Moreover, monetary sanctions may be imposed for the failure to comply with this order.**

IT IS SO ORDERED.

Dated: __January 25, 2016__         _____/s/ Jennifer L. Thurston_
                                                    UNITED STATES MAGISTRATE JUDGE