1  **RANDY RUMPH** (SBN: 232235)
   ATTORNEY AT LAW
2  218 H St
   BAKERSFIELD, CALIFORNIA 93304
3  (661) 322-4600

4  ATTORNEY FOR PLAINTIFF JOHN GOOLD

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GOOLD<br><br>            PLAINTIFF,<br><br>VS.<br><br>HILTON WORLDWIDE, INC.;<br>DOUBLETREE DTWC, LLC and DOES 1 through 10, inclusive,<br><br>            DEFENDANTS. | CASE NO: 1:13-CV-00438-JLT<br><br>STIPULATION TO DISMISS WITH PREJUDICE AND ORDER |

IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1), each party to bear its own costs and attorneys' fees.

DATED:   February 22, 2016         /s/ Randy Rumph
                                   _____
                                   *RANDY RUMPH*
                                   ATTORNEY FOR JOHN GOOLD


DATED:   February 22, 2016         /s/ Henry Sanchez
                                   _____

                                   **HENRY SANCHEZ**
                                   ATTORNEY FOR DEFENDANTS

1

STIPULATION TO DISMISS

1. Based upon the stipulation of the parties hereto, this case is dismissed with prejudice, both parties to bear their own fees and costs.

DATED: February 22, 2016

*Jennifer I. Thursh*

UNITED STATES MAGISTRATE JUDGE